```
 1  SEDGWICK LLP
    CHRISTOPHER P. NORTON, State Bar No. 234621
 2  christopher.norton@sedgwicklaw.com
    801 South Figueroa Street, 19th Floor
 3  Los Angeles, CA 90017-5556
    Telephone: 213.426.6900
 4  Facsimile: 877.547.6580

 5  SEDGWICK LLP
    DAVID D. MESA (Bar No. 257488)
 6  david.mesa@sedgwicklaw.com
    333 Bush Street, 30th Floor
 7  San Francisco, CA 94104
    Telephone: 415.781.7900
 8  Facsimile: 415.781.2635

 9  Attorneys for Defendant, AMERICAN NATIONAL RED CROSS
    (erroneously named as "American Red Cross")
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LING CHIANG,, | Case No. 16-cv-01181-NC |
|---|---|
| PLAINTIFF, | [~~PROPOSED~~] ORDER RE STIPULATION REGARDING ORDER OF DISMISSAL |
| v. | |
| AMERICAN RED CROSS, | |
| DEFENDANT. | |

IT IS HEREBY ORDERED that the above-captioned action by Plaintiff LING CHIANG is hereby dismissed against Defendant, AMERICAN NATIONAL RED CROSS (erroneously named as "American Red Cross"), with prejudice. Each party shall bear its own costs and attorney's fees.

DATED: July  1 , 2016          UNITED STATES DISTRICT COURT

By: _____
Magistrate J.

**GRANTED**
Judge Nathanael M. Cousins

83477487v1

-1-

Case No. 16-cv-01181-NC